IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* : | |
| LOTHAR E.S. BUDIKE, SR. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 07-4147 |
| PECO ENERGY, ET AL. : | |

### ORDER

**AND NOW**, this   18th   day of   August  , 2015, upon consideration of Defendant PECO Energy's Motion for Summary Judgment (ECF No. 94), joined in by Defendant General Dynamics, American Overseas Marine ("AMSEA") (ECF No. 96), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion for Summary Judgment is **GRANTED**.  **JUDGMENT** is entered in favor of Defendants PECO Energy and AMSEA, and against Plaintiff United States of America ex rel. Lothar E.S. Budike, Sr.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J**.